IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FASTCASE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case 1:17-cv-00414-JPB |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRITER LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named Plaintiff and Defendant hereby stipulate to the dismissal of this civil action, with prejudice.

Respectfully submitted, this 9th day of December, 2019.

> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
>
> */s/Joshua Tropper*
> Robert G. Brazier (Georgia Bar No. 078938)
> rbrazier@bakerdonelson.com
> Steven G. Hall (Georgia Bar No. 319306)
> shall@bakerdonelson.com
> Joshua Tropper (Georgia Bar No. 716790)
> jtropper@bakerdonelson.com
> Monarch Plaza, Suite 1600
> 3414 Peachtree Road, N.E.
> Atlanta, Georgia 30326
> 404-577-6000 Telephone
> 404-221-6501 Facsimile
>
> *Attorneys for Plaintiff Fastcase, Inc.*

/s/Kurt M. Rozelsky
Kurt M. Rozelsky (Georgia Bar No. 617932)
Kori F. Miller (Georgia Bar No. 582238)
WHEELER TRIGG O' DONNELL LLP
101 Marietta St., N.W., Ste. 2475
Atlanta, GA 30303
Telephone: (678) 916-2825
rozelsky@wtotrial.com
miller@wtotrial.com

*Attorneys for Defendant Lawriter LLC*

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in local rule 5.1(C) and 7.1(D).

This 9th day of December, 2019.

>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, PC
>
>***/s/Joshua Tropper***
>Joshua Tropper
>Georgia Bar No. 716790

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FASTCASE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case 1:17-cv-00414-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRITER LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019 I served the foregoing **STIPULATION FOR VOLUNTARY DISMISSAL** on the following attorneys of record for Defendant Lawriter LLC:

Kurt M. Rozelsky (Georgia Bar No. 617932)
Kori F. Miller (Georgia Bar No. 582238)
WHEELER TRIGG O' DONNELL LLP
101 Marietta St., N.W., Ste. 2475
Atlanta, GA 30303
Telephone: (678) 916-2825
rozelsky@wtotrial.com
miller@wtotrial.com

Attorneys for Defendant Lawriter LLC

Respectfully submitted this 9th day of December, 2019.

*/s/Joshua Tropper*
Joshua Tropper
Georgia Bar No. 716790